Jociel Pedroza PEDROZA–MACIAS, Petitioner,

v.

ERIC H. HOLDER, Jr., Attorney General, Respondent.

No. 10–71324.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 8, 2011.*

Filed Nov. 8, 2011.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Mariana Lotfy Hanna, Law Offices of Mariana L. Hanna, San Diego, CA, for Petitioner.

James A. Hurley, Oil, DOJ–U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: O'SCANNLAIN, TASHIMA, and GRABER, Circuit Judges.

MEMORANDUM **

Jociel Pedroza Pedroza–Macias, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's removal order. We have jurisdiction under 8 U.S.C. § 1252. We review de novo questions of law, *Salviejo–Fernandez v. Gonzales*, 455 F.3d 1063, 1066 (9th Cir.2006), and we deny the petition for review.

Pedroza–Macias' 2008 conviction for violating California Health & Safety Code § 11359 is an aggravated felony under 8

U.S.C. § 1101(a)(43)(B) that renders him removable under 8 U.S.C. § 1227(a)(2)(A)(iii), and ineligible for cancellation of removal under 8 U.S.C. § 1229b(a)(3). *See id.* at 1066 ("A state drug offense is an 'aggravated felony' for immigration purposes ... if it would be punishable as a felony under federal drug laws.").

**PETITION FOR REVIEW DENIED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).